DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KE AND JIANG, INC.,**
Appellant,

v.

**CHUENKEI CHENG,**
Appellee.

No. 4D2024-1689

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE22-015786.

Peter S. Adrien of Law Offices of Adrien and Richards, P.A., Hollywood, for appellant.

Marshall J. Osofsky of Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***